# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HORACE BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1120

[August 26, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 50-2007-CF-016579-BXXX-MB.

Horace Brown, Malone, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***